**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   1:19-CV-00786-JLK-SKC

HOWARD COHAN

       Plaintiff,

V.

GATEWAY LODGING II, LLC

       Defendant.

---

**ENTRY OF APPEARANCE**

---

Justin L. Cohen of Brownstein Hyatt Farber Schreck, LLP, hereby enters his appearance as counsel of record on behalf of Defendant Gateway Lodging II, LLC.

Please include the undersigned on all future Certificates of Service.

Dated May 1, 2019

                                    */s Justin L. Cohen*_____
                                    Justin L. Cohen
                                    Brownstein Hyatt Farber Schreck, LLP
                                    410 Seventeenth Street, Suite 2200
                                    Denver, CO  80202-4432
                                    Phone: 303.223.1100
                                    Email:  jcohen@bhfs.com

                                    Attorney for Defendant Gateway Lodging II, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of May, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gloria Y. Saad
Blackmore Law PLC
21411 Civic Center Drive
Suite 200
Southfield, MI  48076
gsaad@blackmorelawplc.com


                                        By:  _/s Catherine Olguin_____
                                              Catherine Olguin, Paralegal