**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   1:19-CV-00786-JLK-SKC

HOWARD COHAN

       Plaintiff,

V.

GATEWAY LODGING II, LLC

       Defendant.

**JOINT NOTICE OF SETTLEMENT/MOTION TO VACATE ALL
DEADLINES**

Plaintiff Howard Cohan and Defendant Gateway Lodging II, LLC hereby notify the Court that a settlement has been reached in the above-captioned matter. The parties anticipate filing a stipulated dismissal with prejudice pursuant to F.R.C.P. 41(a)(1) within the next 28 days. In the meantime, the parties respectfully request that the Court vacate all upcoming deadlines.

Dated May 1, 2019

*/s Justin L. Cohen*_____
Justin L. Cohen
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Phone: 303.223.1100
Email:  jcohen@bhfs.com

Attorney for Defendant Gateway Lodging II, LLC


*/s Gloria Y. Saad*_____
Gloria Y. Saad
Blackmore Law PLC
21411 Civic Center Drive
Suite 200
Southfield, MI  48076
Phone:  833.343.6743
Email:  gsaad@blackmorelawplc.com

Attorney for Plaintiff Howard Cohan

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of May, 2019, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT/MOTION TO VACATE ALL DEADLINES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gloria Y. Saad
Blackmore Law PLC
21411 Civic Center Drive
Suite 200
Southfield, MI  48076
gsaad@blackmorelawplc.com


                        By:  _/s Catherine Olguin_____
                              Catherine Olguin, Paralegal