# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:19-cv-00786**

HOWARD COHAN,

      Plaintiff,

v.

GATEWAY LODGING II, LLC, a
Colorado Limited Liability Company,

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Howard Cohan ("Plaintiff") and Defendant Gateway Lodging II, LLC ("Defendant") hereby stipulate that the above-captioned action be dismissed with prejudice. Each party is responsible for all of his or its own costs and attorneys' fees.

Respectfully submitted this 28th day of June, 2019.

| | |
|---|---|
| */s/ Gloria Y. Saad* | */s/Justin L. Cohen* |
| Gloria Y. Saad | Justin L. Cohen, #44811 |
| Blackmore Law PLC | Brownstein Hyatt Farber Schreck, LLP |
| 21411 Civic Center Drive, Suite 200 | 410 17th Street, Suite 2200 |
| Southfield, MI 48076 | Denver, CO  80202-4432 |
| Telephone:  (833) 343-6743 | Telephone:  (303) 223-1100 |
| Email:  gsaad@blackmorelawplc.com | Email:  jcohen@bhfs.com |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *Howard Cohan* | *Gateway Lodging II, LLC* |

1